IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JUDITH R. RILEY                                                    PLAINTIFF

VS.                                          CIVIL ACTION NO. 3:21-cv-243-MPM-RP

WAL-MART STORES EAST, LP
AND WAL-MART, INC.                                               DEFENDANTS

### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come on for consideration on the *ore tenus* motion of Plaintiff, Judith

R. Riley, through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with

prejudice on the basis that all claims have been fully resolved and compromised, and the Court,

understanding that the attorney for Defendants, Wal-Mart Stores East, LP and Walmart Stores, Inc.,[1]

joins this motion, finds that the relief requested is well founded and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the herein-styled and

numbered cause be, and the same hereby is, dismissed with prejudice.

**SO ORDERED**, this the ____ day of _____, 2022.

_____
**UNITED STATES DISTRICT JUDGE**

**APPROVED AND AGREED TO BY:**

_____
Thomas M. Louis (MSB #8484)
Rajita Iyer Moss (MSB No. 10518)
Wells Marble & Hurst, PLLC
P. O. Box 131
Jackson, MS 39205-0131
*Attorney for Defendants*

_____
Tyler A. Royals (MSB #104764)
The Law Offices of John Michael Bailey
5978 Knight Arnold Road, Ste. 400
Memphis, TN 38115
*Attorney for Plaintiff*

_____

[1]Walmart, Inc., is an improper party. The proper party is Wal-Mart Stores East, LP, a
Delaware limited partnership with its principal place of business in Arkansas.